# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RICHARD ARMSTEAD, | ) |
| Petitioner, | ) |
| v. | ) No. 2:25-cv-02552-SHL-cgc |
| WARDEN C. HARRISON, | ) |
| Respondent. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Richard Armstead's Petition (ECF No. 1), filed May 29, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Directing Clerk to Modify Docket, Granting Respondent's Motion to Dismiss, Dismissing § 2241 Petition With Prejudice, Certifying That an Appeal Would Not Be in Good Faith, and Denying Leave to Proceed *In Forma Pauperis* on Appeal (ECF No. 15), filed January 27, 2026, all claims by Petitioner against Respondent are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 27, 2026
Date